UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

21-80202-CR-Ruiz/Reinhart

CASE NO. _____

18 U.S.C. § 371
18 U.S.C. § 922(a)(6)
18 U.S.C. § 2
18 U.S.C. § 1001(a)(2)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

PATRICK BALDWIN
and TAYQUAN CHISOLM,

Defendants.

_____/

FILED BY _____ D.C.

DEC 16 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Conspiracy to Commit Offenses against the United States
### (18 U.S.C. § 371)

Between on or about August 15, 2021 and on or about August 19, 2021, in Palm Beach

County, in the Southern District of Florida, and elsewhere, the defendants,

**PATRICK BALDWIN**
**and**
**TAYQUAN CHISOLM,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with

others unknown to the Grand Jury, to commit certain offenses against the United States, that is, to

knowingly make a false and fictitious written statement in connection with the acquisition of a

firearm from a licensed firearms dealer, which statement was intended and likely to deceive the

licensed firearms dealer as to a fact material to the lawfulness of the sale and other disposition of such firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its object and purpose, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida and elsewhere, at least one of the following overt acts, among others:

1.      On or about August 15, 2021, **TAYQUAN CHISOLM** sent **PATRICK BALDWIN** a text message containing an internet link to a Canik Model TP-9 Elite 9 mm semi-automatic pistol for sale on the website "www.grabagun.com."

2.      On or about August 15, 2021, **PATRICK BALDWIN** replied to **TAYQUAN CHISOLM'S** text message with the following: "Get it fa me."

3.      On or about August 17, 2021, **PATRICK BALDWIN** ordered online one (1) Canik Model TP-9 Elite 9 mm semi-automatic pistol, in the name of **TAYQUAN CHISOLM** to be picked up at Palm Beach Shooting Organization LLC, a federally licensed firearms dealer, in Palm Beach County, in the Southern District of Florida.

4.      On or about August 19, 2021, **TAYQUAN CHISOLM** completed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 at the Palm Beach Shooting Organization LLC, a federally licensed firearms dealer, in Palm Beach County, in the Southern District of Florida.

5.      On or about August 19, 2021, **TAYQUAN CHISOLM** took possession of one (1) Canik Model TP-9 Elite 9 mm semi-automatic pistol from Palm Beach Shooting Organization LLC, a federally licensed firearms dealer, in Palm Beach County, in the Southern District of Florida.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### Making a False Statement to a Firearm Dealer
### (18 U.S.C. § 922(a)(6))

On or about August 19, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**PATRICK BALDWIN**
**and**
**TAYQUAN CHISOLM,**

in connection with the acquisition of a firearm from a federally licensed firearms dealer, that is, Palm Beach Shooting Organization, did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearm, in that **TAYQUAN CHISOLM** stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that **TAYQUAN CHISOLM** was the actual buyer of the firearm, when in truth and in fact, and as **TAYQUAN CHISOLM** and **PATRICK BALDWIN** then and there well knew, **TAYQUAN CHISOLM** was purchasing the firearm for **PATRICK BALDWIN**, in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## COUNT 3
### False Statement to a Federal Agency
### (18 U.S.C. § 1001(a)(2))

On or about August 25, 2021, in Palm Beach County, in the Southern District of Florida, in a matter within the jurisdiction of the Bureau of Alcohol, Tobacco, Firearms and Explosives, an agency of the executive branch of the United States Government, the defendant,

**TAYQUAN CHISOLM,**

did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a material fact, in that the defendant represented to Special Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives that he had purchased approximately seventy firearms and that he currently was storing the majority of these firearms at his mother's residence or his storage unit, when in truth and in fact, and as the defendant then and there well knew, he was not currently storing the majority of the seventy firearms he purchased at his mother's residence or his storage unit, in violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **PATRICK BALDWIN** and **TAYQUAN CHISOLM,** have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 922(a)(6), or any other criminal law of the United States, as alleged in this Indictment, the defendants shall forfeit to the United States any firearm and/or ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3.      The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, a Canik Model TP-9 Elite 9 mm semi-automatic pistol (serial number 21CB36530).

All pursuant to Title 18, United States Code, Section 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
SHANNON SHAW
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Patrick Baldwin and Tayquan Chisolm,

_____ Defendants/

CASE NO. 21-80202-CR-Ruiz/Reinhart

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

Court Division: (Select One)          New defendant(s)  ☐ Yes  ☐ No
☐ Miami  ☐ Key West  ☐ FTL           Number of new defendants _____
☑ WPB    ☐ FTP                        Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  **No** _____

   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days        ☑          Petty           ☐
   II   6 to 10 days       ☐          Minor           ☐
   III  11 to 20 days      ☐          Misdemeanor     ☐
   IV   21 to 60 days      ☐          Felony          ☑
   V    61 days and over   ☐

6. Has this case previously been filed in this District Court? (Yes or No) **No** _____

   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) **No** _____

   If yes: Magistrate Case No. _____

   Related miscellaneous numbers: _____

   Defendant(s) in federal custody as of _____

   Defendant(s) in state custody as of _____

   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) **No** _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No** _____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No** _____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No** _____

*Shannon Shaw*
_____
Shannon Shaw
Assistant United States Attorney
FLA Bar No.        92806

*Penalty Sheet(s) attached                                                                REV 3/19/21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. __21-80202-CR-Ruiz/Reinhart__

Defendant's Name:  **PATRICK BALDWIN**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy | 18 U.S.C. § 371 | 10 years' prison<br>$250,000 fine<br>SR: 3 years<br>$100 special assessment |
| 2 | Making a False Statement to FFL | 18 U.S.C. § 922(a)(6) | 10 years' prison<br>$250,000 fine<br>SR: 3 years<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO. __21-80202-CR-Ruiz/Reinhart__

Defendant's Name:  TAYQUAN CHISOLM

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy | 18 U.S.C. § 371 | 5 years' prison<br>$250,000 fine<br>SR: 3 years<br>$100 special assessment |
| 2 | Making a False Statement to FFL | 18 U.S.C. § 922(a)(6) | 10 years' prison<br>$250,000 fine<br>SR: 3 years<br>$100 special assessment |
| 3 | Making a False Statement to a Federal Agency | 18 U.S.C. § 1001(a)(2) | 5 years' prison<br>$250,000 fine<br>SR: 3 years<br>$100 special assessment |